IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. RUSSELL, JR., | No. C 14-05290 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| FIRST DISTRICT COURT OF APPEAL, et al., | |
| Defendants. | |

On December 2, 2014, Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP") Application. (Docket No. 2.) On the same day, the Clerk sent Plaintiff a notice that his IFP application was deficient because he failed to attach supporting documentation, i.e., (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 4.) Plaintiff was provided with a Certificate of Funds form and postage-paid return envelope, and directed to file a response within twenty-eight days to avoid dismissal of this action. (Id.)

The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed the necessary documents to complete his IFP application. Accordingly, this case is

Order of Dismissal
P:\PRO-SE\HRL\CR.14\05290Russell_dism-ifp.wpd

1 | **DISMISSED** without prejudice for failure to pay the filing fee.

2 | The Clerk shall terminate any pending motions and close the file.

3 | **IT IS SO ORDERED.**

4 | DATED: 1/16/15

HOWARD R. LLOYD
United States Magistrate Judge